UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION

LISA HENSLEY,

       Plaintiff,

                                Case Number _____

v.

O'REILLY AUTOMOTIVE STORES, INC.,

       Defendant.

_____/

## Complaint & Jury Demand

1.      The Plaintiff, Rebecca Durham, sues Defendant, O'Reilly Automotive Stores, Inc., pursuant to 42 U.S.C. § 2000e-5(f) for violating 42 U.S.C. §§ 2000e-2 & -3.

2.      The Honorable Court has original jurisdiction pursuant to 42 U.S.C. § 2000e-5(f)(3).

3.      Venue is appropriate in Frankfort, Kentucky.

4.      The unlawful employment practice Plaintiff alleges Defendant committed occurred in Kentucky.

5.      Plaintiff may bring a Title VII complaint in any judicial district in the State in which the unlawful employment practice is alleged to have been committed.

6.      The Plaintiff resides in Casey County, Kentucky.

7.      Defendant employs over fifteen employees.

8.      Defendant is an employer under Title VII as defined by 42 U.S.C. § 2000e(b).

9.     On or about March 2016 Defendant hired Plaintiff as an assistant manager.

10.     During her employment she suffered harassment and discrimination because of her gender.

11.     Namely, a delivery driver refused to follow Plaintiff's directives.

12.     This delivery driver was extremely rude to females.

13.     He harassed Plaintiff and treated her worse than similarly situated male employees.

14.     He used disparaging language towards Plaintiff, such as calling her a "skank."

15.     Plaintiff complained to her district manager.

16.     The district manager acknowledged that the delivery driver was probably sexist and treated females, including Plaintiff, poorly.

17.     Despite having actual and constructive knowledge of gender discrimination Defendant neither reprimanded the offending delivery driver nor took steps to stop the continuation of the behavior.

18.     Subsequent to complaining about sexual harassment Plaintiff was terminated by Defendant.

19.     Plaintiff has suffered sex discrimination and retaliation.

20.     Plaintiff filed a charge of discrimination with the Equal Employment Opportunity Commission (EEOC) within 300 days of suffering an adverse employment action.

21. The EEOC issued Plaintiff a right to sue letter.

22. Plaintiff sues Defendant within 90 days of receiving the right to sue letter.

## Count I – Harassment

23. Plaintiff reincorporates paragraphs one through twenty-two as if fully stated herein.

24. Plaintiff had a right to be free from sexual harassment and discrimination in her workplace.

25. Plaintiff was subjected to harassment and discrimination due to her gender (female).

26. Defendant knew that Plaintiff was subjected to harassment and discrimination because of her gender.

27. Defendant did not correct the hostile work environment.

28. Plaintiff was emotionally abused due to her gender by a delivery driver.

29. The delivery driver harassed Plaintiff because of her gender.

30. Defendant prevented Plaintiff from reaching her full potential.

31. The harassment was severe.

32. The harassment was pervasive.

33. Plaintiff had difficulty sleeping as a result of the conduct.

34. Plaintiff had anxiety as a result of the harassment.

35. Plaintiff was hurt by the harassment.

Wherefore, Plaintiff demands for trial by jury, judgment, back pay, compensatory damages, punitive damages, attorneys' fees and costs.

### Count II – Retaliation

36.    Plaintiff reincorporates paragraphs one through twenty-two as if fully stated herein.

37.    Plaintiff reported the sexual harassment and gender discrimination she was subjected to by the delivery driver to the Defendant.

38.    Defendant did not take prompt remedial measures to correct the matter.

39.    Defendant treated Plaintiff differently after she complained and objected to being subjected to sex discrimination.

40.    Defendant terminated Plaintiff.

41.    If Plaintiff had not been sexually harassed and complained to Defendant she would not have been terminated on or about July 19, 2016.

42.    Defendant terminated Plaintiff in part due to her engaging in protected activity.

Wherefore, Plaintiff demands for trial by jury, judgment, back pay, compensatory damages, punitive damages, attorneys' fees and costs.

Respectfully submitted this 17th day of November 2017,

/s/ *Bernard R. Mazaheri*

Bernard R. Mazaheri
Christina Thomas Mazaheri
Morgan & Morgan
333 W Vine St Ste 1200
Lexington, Kentucky 40507
Tel – (859)286-8368
        (859)286-8369
Email – bmazaheri@forthepeople.com
        cthomas@forthepeople.com